SAMUEL BERNSTEIN, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent. ISAAC BERNSTEIN, an Infant, by SAMUEL BERNSTEIN, His Guardian ad Litem, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— In an action by the infant plaintiff to recover damages for personal injuries, and by his father to recover for medical expenses and loss of services, the actions were tried together before a court without a jury, resulting in findings and judgments for the defendant. Judgments unanimously affirmed, with one bill of costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

BUDD REALTY CORPORATION, Appellant, v. ANN EPSTEIN, J. ANTHONY PROBST and LEONARD PROBST, Copartners under the Firm Name and Style of PROBST & PROBST, Respondents, and Another, Defendant.— In an action for the fixation of a lien for the amount of a down payment made in pursuance of a contract to purchase real property, for expenses in connection therewith, and for judgment in such aggregate amount, judgment dismissing the complaint unanimously affirmed, with costs. In our opinion, a question of fact was presented as to the application of the clause in plaintiff's contract relating to " a further accurate survey " as including the Lockwood survey. Upon the proof adduced with respect to this ambiguous clause, it appears that the trial court resolved the issue in favor of defendants-respondents, a finding which is not against the weight of the evidence. Hagarty, Adel, Taylor and Close, JJ., concur; Davis, J., concurs in result.

IRENE CHILELLI, Respondent, v. ALAN J. WILSON, an Individual Doing Business under the Firm Name and Style of A. TOWLE Co., Appellant.— In an action to recover damages for personal injuries, judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.